JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JIMMY JHUNIOR MAYTA HUARHUA,<br><br>        Petitioner,<br><br>  v.<br><br>FACILITY ADMINISTRATOR, et al.,<br><br>        Respondents. | Case No. 5:26-cv-01611-PD<br><br>**JUDGMENT** |

Pursuant to the Order Granting In Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that Count 1 of the Petition is granted and Count 2 is dismissed without prejudice.

DATED: April 10, 2026

*Patricia Donahue*

_____

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE